IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CLERK'S NOTICE**

TO ALL PARTIES:

YOU ARE HEREBY NOTIFIED THAT the following case listed below have been continued From <u>August 26, 2003, at 9:30 a.m. to FRIDAY, AUGUST 29, 2003 at 9:00 a.m.</u> Plaintiffs are directed to serve any party not identified on the attached proofs of service.

| | |
|---|---|
| C-02-4483.E | POSTX CORPORATION v. SECURE DATA IN MOTION<br>Defendant's Motion for Summary Judgment of Noninfringement |
| C-03-0521.e | POSTX CORPORATION v. SECURE DATA IN MOTION<br>Defendant's Motion for Summary Judgment of Noninfringement |
| C-03-2659.e | DERRICK SATCHELL v. FEDEX CORP.<br>Defendant's Motion to Drop Misjoined Parties or to Sever |
| C-00-2915 | ALBERT STEIN v. PACIFIC BELL<br>Plaintiff's Motion for Summary Judgment on Section 17200 of the Second Amended Complaint |

Dated: 8/14/03         RICHARD W. WIEKING, Clerk

                                                   s/Tracy Sutton

                                                   Tracy Sutton, Deputy Clerk